ROBERT A. LEON & DEBRA D. COLBURN, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Leon v. Comm'r
Docket No. 21774-09
United States Tax Court
2012 U.S. Tax Ct. LEXIS 50; April 12, 2012, Decided
*50 For Petitioner: Robert A. Leon, Debra D. Colburn, Abkin Law, LLP, San Francisco, CA; Katz, Steven M., Sideman & Bancroft, LLP, San Francisco, CA.
For Respondent: Doukas, Nicholas D., Denver, CO; Mackinson, Thomas R., San Francisco, CA.
Joseph Robert Goeke, Judge.
Joseph Robert Goeke
DECISION
Pursuant to the agreement of the parties in this case, it is
ORDERED AND DECIDED: That there are deficiencies in income tax due from petitioners for the taxable years 2003, 2004, and 2005 in the amounts of $350,973.00, $5,231.00, and $1,879.00, respectively; and
That there is a penalty due from petitioners for the taxable year 2003, under the provisions of I.R.C. § 6662(a), in the amount of $28,077.84.
/s/ Joseph Robert Goeke
Joseph Robert Goeke
Judge
Entered: APR 12 2012
It is hereby stipulated that the Court may enter the foregoing decision in this case.
It is further stipulated that interest will be assessed as provided by law on the deficiencies and penalty due from petitioners.
It is further stipulated that, effective upon the entry of this decision by the Court, petitioners waive the restrictions contained in I.R.C. § 6213(a) prohibiting assessment and collection of the deficiencies and penalty (plus statutory *51 interest) until the decision of the Tax Court becomes final.
WILLIAM J. WILKINS
Chief Counsel
Internal Revenue Service
/s/ Wendy Abkin
WENDY ABKIN
Abkin Law, LLP
Counsel for Petitioners
Tax Court Bar No. AW0237
One Embarcadero Center
Suite 1020
San Francisco, CA 94111
Telephone: (415) 956-3280
Date: 4/5/2012
By: /s/ Thomas R. MacKinson
Acting THOMAS R. MACKINSON
Associate Area Counsel
(Small Business/Self-Employed)
Tax Court Bar No. MT0403
100 First Street
Suite 1800
San Francisco, CA 94105
Telephone: 415-547-3764
Date: 4-6-2012